# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 19, 2022

## NO. 03-21-00229-CV

**CIM Management Group, Appellant**

**v.**

**Kenneth A. Burnett, II, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
AFFIRMED IN PART, REVERSED AND RENDERED IN PART
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on December 21, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. The Court reverses the award of attorney's fees and renders judgment that Kenneth A. Burnett take nothing by his claim for attorney's fees. The Court affirms the judgment in all other respects. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.